**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Respondent,**

v.

**Kenneth ROGERS, Appellant.**

**No. ED 102271**

Missouri Court of Appeals, Eastern District, *DIVISION THREE.*

Filed: October 6, 2015

Rehearing and/or Transfer Denied November 25, 2015

Richard J. Magee, 8000 Maryland Ave., Ste. 1300, Clayton, MO 63105, for Appellant.

Caitlin L. Stayduhar, 16305 Swingley Ridge Rd., Ste. 350, Chesterfield, MO 63017, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM.

Kenneth Rogers appeals the trial court's grant of summary judgment in favor of Respondent Federal National Mortgage Association on its affidavit and complaint in unlawful detainer. No error of law appears. An extended opinion would have no precedential value. We affirm the

1. All further statutory references are to RSMo 2000 as supplemented, unless otherwise indi-

judgment of the trial court under Rule 84.16(b).